TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-09-00652-CR







John Bender, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT


NO. D-1-DC-08-904109, HONORABLE CHARLES E. MILLER JR., JUDGE PRESIDING






O R D E R



PER CURIAM

 The mandate in this cause issued by this Court on December 1, 2011, is hereby
withdrawn.

 It is ordered December 8, 2011.



Before Chief Justice Jones, Justices Henson and Goodwin

Do Not Publish